| | |
|---|---|
| LATHAM & WATKINS LLP | ARIAS SANGUINETTI WANG & TEAM LLP |
| GARY S. FEINERMAN (admitted *pro hac vice*) | Mike Arias (CSB #115385) |
| KATHRYN K. GEORGE (admitted *pro hac vice*) | mike@aswtlawyers.com |
| ROBERT C. COLLINS III (admitted *pro hac vice*) | Elise R. Sanguinetti (CSB #191389) |
| 330 N. Wabash Ave., Suite 2800 | elise@aswtlawyers.com |
| Chicago, IL 60611 | Arnold C. Wang (CSB #204431) |
| Telephone: (312) 876-7700 | arnold@aswtlawyers.com |
| gary.feinerman@lw.com | Craig S. Momita (CSB #163347) |
| katie.george@lw.com | craig@aswtlawyers.com |
| robert.collins@lw.com | M. Anthony Jenkins (CSB #171958) |
| | anthony@aswtlawyers.com |
| GIBSON, DUNN & CRUTCHER LLP | 6701 Center Drive West, Suite 1400 |
| LAUREN R. GOLDMAN (admitted *pro hac vice*) | Los Angeles, California 90045 |
| MICHAEL BRANDON (admitted *pro hac vice*) | Telephone: (310) 844-9696 |
| 200 Park Avenue | |
| New York, NY 10166 | GOLDENBERG HELLER & ANTOGNOLI, P.C. |
| Telephone: (212) 351-4000 | Thomas P. Rosenfeld (admitted *pro hac vice*) |
| lgoldman@gibsondunn.com | tom@ghalaw.com |
| mbrandon@gibsondunn.com | Kevin P. Green (admitted *pro hac vice*) |
| | kevin@ghalaw.com |
| CHRISTOPHER CHORBA, SBN 216692 | Thomas C. Horscroft (admitted *pro hac vice*) |
| DIANA FEINSTEIN, SBN 302626 | thorscroft@ghalaw.com |
| 333 South Grand Avenue | Daniel S. Levy (admitted *pro hac vice*) |
| Los Angeles, CA 90071 | daniel@ghalaw.com |
| Telephone: (213) 229-7396 | 2227 South State Route 157 |
| cchorba@gibsondunn.com | Edwardsville, Illinois 62025 |
| dfeinstein@gibsondunn.com | Telephone: (618) 656-5150 |
| | |
| | *Attorneys for Plaintiff Natalie Delgado* |
| *Attorneys for Defendant Meta Platforms, Inc.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>META PLATFORMS, INC.,<br><br>   Defendant. | Case No. 3:23-cv-04181-SI<br><br>**JOINT PROPOSED SECOND AMENDED CASE SCHEDULE** |

Plaintiff Natalie Delgado and Defendant Meta Platforms, Inc. respectfully submit this proposed schedule pursuant to the Court's April 18, 2025 Order. Dkt. 97.

At the April 18, 2025 case management conference, this Court granted Meta's request to file an early summary judgment motion and instructed the Parties to meet and confer regarding a new schedule. Dkt. 97. Having met and conferred, the Parties jointly propose the below schedule.

While the Parties agree to the below proposed schedule, they currently have a dispute concerning the scope of merits discovery relevant to the early summary judgment motion. The Parties anticipate bringing that dispute to the Court's attention shortly. The outcome of that dispute may require further adjustments to the schedule proposed below.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for Completion of Non-Expert Discovery Relevant to Early Summary Judgment Motion Merits Issues | x | September 25, 2025 |
| Deadline for Plaintiff's Service of Expert Report(s), if any, related to Early Summary Judgment Merits Issues | x | October 23, 2025 |
| Deadline for Defendant's Service of Expert Rebuttal Report(s), if any, related to Early Summary Judgment Merits Issues | x | November 20, 2025 |
| Deadline for Plaintiff's Service of Rebuttal Expert Report(s), if any, related to Early Summary Judgment Merits Issues[1] | x | January 5, 2026 |
| Deadline for Completion of Expert Discovery on Early Summary Judgment Merits Issues | x | January 15, 2026 |

---

[1] Plaintiff shall be entitled to a rebuttal expert report related to early summary judgment merits issues only to the extent that Defendant's report raises new issues that could not reasonably have been anticipated in Plaintiff's opening report.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for Defendant to File Early Summary Judgment Motion | x | January 29, 2026 |
| Deadline for Plaintiff to Respond to Early Summary Judgment Motion | x | March 5, 2026 |
| Deadline for Meta to File Reply in Support of Early Summary Judgment Motion | x | April 2, 2026 |
| Hearing on Early Summary Judgment Motion | x | April 24, 2026 |
| Plaintiff's Deadline to File: (1) Motion for Class Certification and (2) Expert Reports Related to Class Certification | June 11, 2025 | May 7, 2026 |
| Defendant's Deadline to File: (1) Response to Plaintiff's Motion for Class Certification and (2) Expert Reports Related to Class Certification | August 11, 2025 | June 11, 2026 |
| Plaintiff's Deadline to File: (1) Reply in Support of Class Certification and (2) Rebuttal Expert Reports Related to Class Certification | September 19, 2025 | July 9, 2026 |
| Hearing on Motion for Class Certification | January 23, 2026, at 10:00 am | July 31, 2026 |

The Parties further advise the Court that the mediation previously scheduled for July 18, 2025 was cancelled in light of the early summary judgment motion. The Parties anticipate rescheduling the mediation to a date in early 2026 after Meta's early summary judgment motion is fully briefed.

A further Case Management Conference is set for September 26, 2025, at 3:00 p.m.

Dated: May 9, 2025                **LATHAM & WATKINS LLP**

By:   /s/ *Gary S. Feinerman*
      Gary S. Feinerman

*Attorneys for Meta Platforms, Inc.*

Dated: May 9, 2025                **GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:   /s/ *Kevin P. Green*
      Kevin P. Green

*Attorneys for Plaintiff Natalie Delgado*

### CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Gary S. Feinerman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: May 9, 2025                LATHAM & WATKINS LLP

By:   /s/ *Gary S. Feinerman*
      Gary S. Feinerman