LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted pro hac vice)
KATHRYN K. GEORGE (admitted pro hac vice)
ROBERT C. COLLINS III (admitted pro hac vice)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
katie.george@lw.com

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    (213) 229-7396
Facsimile:    (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue, New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-04181-SI<br><br>**CERTIFICATE OF CONFERRAL AND URGENCY RE DEFENDANT META PLATFORMS, INC.'S MOTION TO DISQUALIFY EXPERT RITA SINGH**<br><br>Action Filed:  August 16, 2023<br>Trial Date:  None Set<br>Judge Susan Illston |

Gibson, Dunn &
Crutcher LLP

CERTIFICATE RE MOTION TO DISQUALIFY R. SINGH
CASE NO. 3:23-CV-04181-SI

Pursuant to the Court's guidance in light of the ongoing government shutdown, undersigned counsel for Meta Platforms, Inc. ("Meta") certifies that the parties have met and conferred regarding Meta's Motion to Disqualify Expert Rita Singh ("Motion to Disqualify") via videoconference and email discussions. Meta does not believe that the parties will be able to resolve this dispute through further conferrals. Because the Motion to Disqualify has critical implications for upcoming expert discovery and case deadlines, including with respect to Meta's November 20, 2025 deadline to serve its expert rebuttal report and the parties' forthcoming summary judgment deadlines, the matter must be urgently resolved in order for the litigation to proceed.

As set forth in the accompanying Unopposed Motion for Briefing Schedule and to Stay Deadlines, Plaintiff agrees to file her opposition to the Motion to Disqualify no later than November 18, 2025, and Meta will file any reply no later than November 21, 2025.

Dated: November 7, 2025                    GIBSON, DUNN & CRUTCHER LLP

                                           By: */s/ Diana M. Feinstein*
                                               Diana M. Feinstein

                                           LATHAM & WATKINS LLP

                                           By: */s/ Gary S. Feinerman*
                                               Gary S. Feinerman

                                           *Attorneys for Meta Platforms, Inc.*

Gibson, Dunn &
Crutcher LLP

-1-