# EXHIBIT 1

## Petrashko, Paige H.

| | |
|---|---|
| **From:** | Mistry, Prachi |
| **Sent:** | Wednesday, March 20, 2024 1:49 PM |
| **To:** | rsingh@cs.cmu.edu |
| **Cc:** | Feinstein, Diana M.; Petrashko, Paige H. |
| **Subject:** | Voiceprinting Matter: Expert Role |

Dear Professor Singh,

I represent Meta in connection with a class action lawsuit pending in the Northern District of California concerning alleged voiceprinting (*Delgado v. Meta Platforms, Inc.*, 3:23-cv-04181-SI).  We know you are highly regarded in your field and have previously served in an expert role in similar cases.  We would love to speak with you further about this matter to the extent you have no conflicts.  Please let us know at your earliest convenience.

Thank you!


**Prachi Mistry**
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744