# EXHIBIT 2

**Petrashko, Paige H.**

| | |
|---|---|
| **From:** | Rita Singh <rsingh@cs.cmu.edu> |
| **Sent:** | Wednesday, March 20, 2024 7:06 PM |
| **To:** | Mistry, Prachi |
| **Cc:** | Feinstein, Diana M.; Petrashko, Paige H. |
| **Subject:** | Re: Voiceprinting Matter: Expert Role |

[WARNING: External Email]

Dear Prachi,

Good to hear from you.
I have just one more day left before I head out to Nairobi for a conference (back on 31st). Happy to talk tomorrow if you have time in the afternoon, EDT.

Best wishes
Rita

If not tomorrow, we may have to wait for a week until I get back -- not sure how it'll be in Nairobi with my schedule and time difference.

On Wed, Mar 20, 2024 at 4:49 PM Mistry, Prachi <PMistry@gibsondunn.com> wrote:
>
> Dear Professor Singh,
>
>
>
> I represent Meta in connection with a class action lawsuit pending in the Northern District of California concerning alleged voiceprinting (Delgado v. Meta Platforms, Inc., 3:23-cv-04181-SI).  We know you are highly regarded in your field and have previously served in an expert role in similar cases.  We would love to speak with you further about this matter to the extent you have no conflicts.  Please let us know at your earliest convenience.
>
>
>
> Thank you!
>
>
>
>
>
>
> Prachi Mistry
> Associate Attorney
>
> T: +1 650.849.5249 | M: +1 408.204.7981 PMistry@gibsondunn.com
>
> GIBSON DUNN
> Gibson, Dunn & Crutcher LLP
> 310 University Avenue, Palo Alto, CA 94301-1744
>

1

> 
> 
> _____
> This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
> 
> Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
> _____


--
Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu Carnegie Mellon University
5000 Forbes Avenue, Pittsburgh, PA 15213, USA http://www.cs.cmu.edu/~rsingh