# EXHIBIT 3

## Petrashko, Paige H.

| | |
|---|---|
| **From:** | Rita Singh <rsingh@cs.cmu.edu> |
| **Sent:** | Tuesday, June 11, 2024 6:31 AM |
| **To:** | Mistry, Prachi |
| **Cc:** | Feinstein, Diana M.; Petrashko, Paige H. |
| **Subject:** | Re: Voiceprinting Matter: Expert Role |

**[WARNING: External Email]**

Dear Prachi,

I checked with the lawyers. Not so good news.
The case Zaluda vs. Apple. However, Apple has listed competitors, and Meta is probably on that list. Working with Meta would likely disqualify me as an expert for the plaintiff, and that case is still underway...

Let me know if you still want to have the meeting today.

Best wishes
Rita

On Mon, Jun 10, 2024 at 6:07 PM Mistry, Prachi <PMistry@gibsondunn.com> wrote:

Hi Rita,

Just wanted to follow up and check if you can give us the name of the BIPA case you are working on (other than *Carpenter v. McDonald's Corp.*).  Hope the rest of your day has been going well!

Thank you!

Prachi

**Prachi Mistry**
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

1

**From:** Mistry, Prachi
**Sent:** Monday, June 10, 2024 9:18 AM
**To:** 'Rita Singh' <rsingh@cs.cmu.edu>; Feinstein, Diana M. <DFeinstein@gibsondunn.com>
**Cc:** Petrashko, Paige H. <PPetrashko@gibsondunn.com>
**Subject:** RE: Voiceprinting Matter: Expert Role

Thank you, I sent a Zoom meeting invitation for 10:00 am PST (1:00 pm EST)! Look forward to speaking with you soon.

**Prachi Mistry**
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

**From:** Rita Singh <rsingh@cs.cmu.edu>
**Sent:** Monday, June 10, 2024 9:14 AM
**To:** Feinstein, Diana M. <DFeinstein@gibsondunn.com>
**Cc:** Mistry, Prachi <PMistry@gibsondunn.com>; Petrashko, Paige H. <PPetrashko@gibsondunn.com>
**Subject:** Re: Voiceprinting Matter: Expert Role

 **[WARNING: External Email]**

EST.

On Mon, Jun 10, 2024 at 11:25 AM Feinstein, Diana M. <DFeinstein@gibsondunn.com> wrote:

> No worries at all.  Is the noon to 2pm your are available EST or CT?
>
> Sent from my iPhone
>
>
>> On Jun 10, 2024, at 8:22 AM, Rita Singh <rsingh@cs.cmu.edu> wrote:

2

**[WARNING: External Email]**

Dear Diana,

I am available from noon to 2 pm today. Am in a different time zone, and sorry for the late response!

Best wishes

Rita

On Mon, Jun 10, 2024 at 10:53 AM Feinstein, Diana M. <DFeinstein@gibsondunn.com> wrote:

> Hi Rita - following up on the below message.  We can be flexible on time to speak today but want to be sure we connect before getting on a zoom with the client.  Thanks!
>
> Sent from my iPhone
>
>> On Jun 6, 2024, at 12:31 PM, Feinstein, Diana M. <DFeinstein@gibsondunn.com> wrote:
>>
>> Hi Rita,
>>
>> If possible, would be great for us to connect just the Gibson Dunn team and you for 15 minutes before we have the call on Tuesday with Meta counsel.  Would the 10 am PT/1 pm ET spot on Monday, June 10 still work for that initial touchbase call, before the call with the client on Tuesday at the same time?
>>
>> **Diana M. Feinstein**
>> Partner
>>
>> T: +1 310.551.8705 | M: +1 818.516.6403
>> DFeinstein@gibsondunn.com
>>
>> **GIBSON DUNN**
>> Gibson, Dunn & Crutcher LLP
>> 2029 Century Park East Suite 4000, Los Angeles, CA 90067-3026

3

**From:** Mistry, Prachi <PMistry@gibsondunn.com>
**Sent:** Wednesday, June 5, 2024 7:31 PM
**To:** Rita Singh <rsingh@cs.cmu.edu>
**Cc:** Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige H. <PPetrashko@gibsondunn.com>
**Subject:** RE: Voiceprinting Matter: Expert Role

Thank you! We appreciate your flexibility!

**Prachi Mistry**
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

**From:** Rita Singh <rsingh@cs.cmu.edu>
**Sent:** Wednesday, June 5, 2024 7:18 PM
**To:** Mistry, Prachi <PMistry@gibsondunn.com>
**Cc:** Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige H. <PPetrashko@gibsondunn.com>
**Subject:** Re: Voiceprinting Matter: Expert Role

**[WARNING: External Email]**

Dear Prachi,

Yes, I should be able to make it at 1pm ET on June 11th.

Best wishes

Rita

4

On Wed, Jun 5, 2024 at 9:39 PM Mistry, Prachi <PMistry@gibsondunn.com> wrote:

Hi Rita,

Apologies but would you be able to make Tuesday June 11 at 10 am PT (1 pm ET) work instead? So sorry for the change, we ended up with a scheduling conflict.

Thanks!

**Prachi Mistry**
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

---

**From:** Rita Singh <rsingh@cs.cmu.edu>
**Sent:** Monday, June 3, 2024 11:47 AM
**To:** Mistry, Prachi <PMistry@gibsondunn.com>
**Cc:** Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige H. <PPetrashko@gibsondunn.com>
**Subject:** Re: Voiceprinting Matter: Expert Role

**[WARNING: External Email]**

Dear Prachi,

Monday June 10th should work for me. However, could you please remind me which case this is... sorry about this but too many things have been happening and I have lost track of who is related to what .. :-(

This may not bode well for you either :-)

Best wishes

Rita

On Mon, Jun 3, 2024 at 1:39 PM Mistry, Prachi <PMistry@gibsondunn.com> wrote:

Hi Professor Singh,

Apologies for the multiple emails. I just wanted to add two additional potential times to meet and further discuss the expert role:

Wednesday June 5, at 1:00 pm PT (4:00 pm ET) or Wednesday June 5, at 2:30 pm PT (5:30 pm ET).

Below are the previously proposed times to meet:

Monday June 10, at 10:00 am PT (1:00 pm ET), Tuesday June 11, at 10:00 am PT (1:00 pm ET), or Wednesday June 12 at 1:00 pm PT (4:00 pm ET).

Thank you again!

Prachi Mistry
Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

-----Original Message-----
From: Mistry, Prachi
Sent: Monday, June 3, 2024 9:51 AM
To: Rita Singh <rsingh@cs.cmu.edu>
Cc: Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige H. <PPetrashko@gibsondunn.com>
Subject: RE: Voiceprinting Matter: Expert Role

Hi Professor Singh,

We are getting further into the expert retention process and wanted to schedule a meeting to discuss the role further and introduce you to some of the other attorneys working on this matter.

Would you be free to meet Monday June 10, at 10:00 am PT (1:00 pm ET), Tuesday June 11, at 10:00 am PT (1:00 pm ET), or Wednesday June 12 at 1:00 pm PT (4:00 pm ET)?

Thank you for your time and we look forward to discussing!

Best,

6

Prachi Mistry

Associate Attorney

T: +1 650.849.5249 | M: +1 408.204.7981
PMistry@gibsondunn.com

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
310 University Avenue, Palo Alto, CA 94301-1744

-----Original Message-----
From: Petrashko, Paige H. <PPetrashko@gibsondunn.com>
Sent: Monday, April 22, 2024 10:19 AM
To: Rita Singh <rsingh@cs.cmu.edu>
Cc: Mistry, Prachi <PMistry@gibsondunn.com>; Feinstein, Diana M.
<DFeinstein@gibsondunn.com>
Subject: RE: Voiceprinting Matter: Expert Role

Hi Professor Singh,

Hope you are doing well.  As an update, we are currently working through things with
the client regarding the expert role.  Thank you so much for your patience. You are still
very much at the top of our list. If you don't mind hanging tight, we will be in touch.

Thanks again!

Best,
Paige

Paige H. Petrashko (she/her)
* Recent law graduate; not admitted to practice law

T: +1 213.229.7187
PPetrashko@gibsondunn.com

GIBSON DUNN
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197


-----Original Message-----
From: Rita Singh <rsingh@cs.cmu.edu>
Sent: Thursday, March 21, 2024 2:46 PM
To: Petrashko, Paige H. <PPetrashko@gibsondunn.com>
Cc: Mistry, Prachi <PMistry@gibsondunn.com>; Feinstein, Diana M.
<DFeinstein@gibsondunn.com>
Subject: Re: Voiceprinting Matter: Expert Role

[WARNING: External Email]

Dear Paige and all,

Received, thank you. It was nice to touch base with you today.
I looked over these. The patent is a landmine, and I am not surprised at the lawsuit.
Shouldn't have been filed in the first place.

7

I am ok with this engagement. Caveat and fyi -- I am an expert on the other side of the BIPA fence in two cases, one of which is probably closed by now.

Let me know if you'd like to proceed with this. If so, and post-formalities, I' d like to begin with giving you my take on the counts, and would ask for a bunch of interviews with the inventor and some of your SID and ASR technical team members.

Best wishes
Rita

On Thu, Mar 21, 2024 at 4:28 PM Petrashko, Paige H. <PPetrashko@gibsondunn.com> wrote:
>
> Hi Professor Singh,
>
>
>
> Thank you for speaking with us!  Please find attached a copy of the complaint and a PDF of the issued patent.  If you would like, we can send you the various underlying patent continuations.  Please don't hesitate to reach out if you need anything else.  Thank you!
>
>
>
> Best,
>
> Paige
>
>
>
> Paige H. Petrashko (she/her)
> * Recent law graduate; not admitted to practice law
>
> T: +1 213.229.7187
> PPetrashko@gibsondunn.com
>
> GIBSON DUNN
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197
>
>
>
>
>
> From: Rita Singh <rsingh@cs.cmu.edu>
> Sent: Thursday, March 21, 2024 11:12 AM
> To: Mistry, Prachi <PMistry@gibsondunn.com>
> Cc: Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige
> H. <PPetrashko@gibsondunn.com>
> Subject: Re: Voiceprinting Matter: Expert Role
>
>
>
> [WARNING: External Email]
>
> Dear Prachi,
>
>

> 
> Yes, confirmed!
> 
> See you in a few mins!
> 
> 
> 
> Best
> 
> Rita
> 
> 
> 
> On Thu, Mar 21, 2024 at 2:09 PM Mistry, Prachi <PMistry@gibsondunn.com> wrote:
> 
> Hi Rita,
> 
> 
> 
> Just wanted to confirm that the meeting is scheduled for 2:15 pm PT at this link:
> 
> 
> 
> https://cmu.zoom.us/j/6187568941
> 
> passcode 000000
> 
> 
> 
> Let us know if you would like to push to 2:25/for us to send another zoom link!
> 
> 
> 
> Prachi Mistry
> Associate Attorney
> 
> T: +1 650.849.5249 | M: +1 408.204.7981 PMistry@gibsondunn.com
> 
> GIBSON DUNN
> Gibson, Dunn & Crutcher LLP
> 310 University Avenue, Palo Alto, CA 94301-1744
> 
> 
> 
> From: Rita Singh <rsingh@cs.cmu.edu>
> Sent: Thursday, March 21, 2024 10:16 AM
> To: Mistry, Prachi <PMistry@gibsondunn.com>
> Cc: Feinstein, Diana M. <DFeinstein@gibsondunn.com>; Petrashko, Paige
> H. <PPetrashko@gibsondunn.com>
> Subject: Re: Voiceprinting Matter: Expert Role
> 
> 
> 
> [WARNING: External Email]
> 
> Dear Prachi,
> 
>

>
> Ok, this works! See you at 2:25 and very sorry for the confusion!
>
>
>
> This link will be it.
>
>
>
> Best
>
> Rita
>
>
>
>
>
> On Thu, Mar 21, 2024 at 11:31 AM Mistry, Prachi <PMistry@gibsondunn.com> wrote:
>
>
>
> Hi there,
>
> Prachi Mistry is inviting you to a scheduled Zoom meeting.
>
> Join Zoom Meeting
>
> iPhone One Tap:
>
> US: +16692192599,,97331651951# or +16699006833,,97331651951#
>
> Meeting URL:
>
>
https://gibsondunn.zoom.us/j/97331651951?pwd=aThmcmJxa3pZNmdmRjh3NTZkU
> klXdz09
>
> Meeting ID:
>
> 973 3165 1951
>
> Passcode:
>
> 924160
>
> Join by Telephone
>
> For higher quality, dial a number based on your current location.
>
> Dial:
>
> +1 669 219 2599 US (San Jose)
> +1 669 900 6833 US (San Jose)
> +1 213 338 8477 US (Los Angeles)
> +1 720 928 9299 US (Denver)
> +1 346 248 7799 US (Houston)
> +1 646 518 9805 US (New York)
> +1 646 558 8656 US (New York)

10

> +1 301 715 8592 US (Washington DC)
> 877 853 5247 US Toll-free
> 888 788 0099 US Toll-free
> 833 548 0276 US Toll-free
> 833 548 0282 US Toll-free
> 833 928 4608 US Toll-free
> 833 928 4609 US Toll-free
> 833 928 4610 US Toll-free
>
> Meeting ID:
>
> 973 3165 1951
>
> International numbers
>
> Join from a H.323/SIP room system
>
> H.323:
>
> 162.255.37.11 (US West) OR 162.255.36.11 (US East)
>
> Meeting ID:
>
> 973 3165 1951
>
> Passcode:
>
> 924160
>
> SIP:
>
> 97331651951.924160@zoomcrc.com
>
>
>
>
>
>
>
> _____
>
>
>
> This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.
>
> Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
>
> _____
>
>
>
>
>

11

&gt;

&gt; --

&gt;

&gt; Rita Singh

&gt; Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

&gt;

&gt; Carnegie Mellon University

&gt;

&gt; 5000 Forbes Avenue, Pittsburgh, PA 15213, USA

&gt; http://www.cs.cmu.edu/~rsingh

&gt;

&gt; _____

&gt;

&gt; This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

&gt;

&gt; Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

&gt;

&gt; _____

&gt;

&gt;

&gt;

&gt;

&gt; --

&gt;

&gt; Rita Singh

&gt; Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

&gt;

&gt; Carnegie Mellon University

&gt;

&gt; 5000 Forbes Avenue, Pittsburgh, PA 15213, USA

&gt; http://www.cs.cmu.edu/~rsingh

&gt;

&gt; _____

&gt; This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

&gt;

&gt; Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

&gt; _____



--

Rita Singh

Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu Carnegie Mellon University

5000 Forbes Avenue, Pittsburgh, PA 15213, USA http://www.cs.cmu.edu/~rsingh

_____

 This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding

without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.
_____

--

Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

Carnegie Mellon University

5000 Forbes Avenue, Pittsburgh, PA 15213, USA
http://www.cs.cmu.edu/~rsingh

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

--

Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

Carnegie Mellon University

5000 Forbes Avenue, Pittsburgh, PA 15213, USA
http://www.cs.cmu.edu/~rsingh

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then

immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

--

Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

Carnegie Mellon University

5000 Forbes Avenue, Pittsburgh, PA 15213, USA
http://www.cs.cmu.edu/~rsingh

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

--

Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu

Carnegie Mellon University

5000 Forbes Avenue, Pittsburgh, PA 15213, USA
http://www.cs.cmu.edu/~rsingh

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

--
Rita Singh
Center for Voice Intelligence and Security  http://cvis.cs.cmu.edu
Carnegie Mellon University
5000 Forbes Avenue, Pittsburgh, PA 15213, USA
http://www.cs.cmu.edu/~rsingh

15