LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted pro hac vice)
KATHRYN K. GEORGE (admitted pro hac vice)
ROBERT C. COLLINS III (admitted pro hac vice)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
katie.george@lw.com

GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    (213) 229-7396
Facsimile:    (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue, New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-04181-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISQUALIFY EXPERT RITA SINGH**<br><br>Action Filed:  August 16, 2023<br>Trial Date:  None Set<br>Judge Susan Illston |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Meta Platforms, Inc.'s Motion to Disqualify Expert Rita Singh ("Motion to Disqualify"). After consideration of the briefs and other matters presented by counsel, the Court concludes that the Motion to Disqualify should be granted.

Accordingly, IT IS HEREBY ORDERED THAT the Motion to Disqualify is **GRANTED**. Plaintiff's expert Rita Singh is disqualified from serving as an expert in this case, and Plaintiff's counsel may not rely on any work product generated by Dr. Singh in connection with this action.

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                        HONORABLE SUSAN ILLSTON
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO DISQUALIFY R. SINGH
CASE NO. 3:23-CV-04181-SI