| | |
|---|---|
| LATHAM & WATKINS LLP<br>GARY S. FEINERMAN (admitted *pro hac vice*)<br>KATHRYN K. GEORGE (admitted *pro hac vice*)<br>ROBERT C. COLLINS III (admitted *pro hac vice*)<br>330 N. Wabash Ave., Suite 2800<br>Chicago, IL 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>gary.feinerman@lw.com<br>katie.george@lw.com<br>robert.collins@lw.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>LAUREN R. GOLDMAN (admitted *pro hac vice*)<br>MICHAEL BRANDON (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone:   (212) 351-4000<br>Facsimile:   (212) 351-4035<br>lgoldman@gibsondunn.com<br>mbrandon@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>DIANA FEINSTEIN, SBN 302626<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone:   (213) 229-7396<br>Facsimile:   (213) 229-6396<br>cchorba@gibsondunn.com<br>dfeinstein@gibsondunn.com<br><br>*Attorneys for Defendant Meta Platforms, Inc.* | ARIAS SANGUINETTI WANG & TEAM LLP<br>Mike Arias (CSB #115385)<br>mike@aswtlawyers.com<br>Elise R. Sanguinetti (CSB #191389)<br>elise@aswtlawyers.com<br>Arnold C. Wang (CSB #204431)<br>arnold@aswtlawyers.com<br>Craig S. Momita (CSB #163347)<br>craig@aswtlawyers.com<br>M. Anthony Jenkins (CSB #171958)<br>anthony@aswtlawyers.com<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: (310) 844-9696<br>Facsimile: (310) 861-0168<br><br>GOLDENBERG HELLER & ANTOGNOLI, P.C.<br>Thomas P. Rosenfeld (admitted *pro hac vice*)<br>tom@ghalaw.com<br>Kevin P. Green (admitted *pro hac vice*)<br>kevin@ghalaw.com<br>Thomas C. Horscroft (admitted *pro hac vice*)<br>thorscroft@ghalaw.com<br>Daniel S. Levy (admitted *pro hac vice*)<br>daniel@ghalaw.com<br>2227 South State Route 157<br>Edwardsville, Illinois 62025<br>Telephone: (618) 656-5150<br><br>*Attorneys for Plaintiff Natalie Delgado* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>META PLATFORMS, INC.,<br><br>     Defendant. | Case No. 3:23-cv-04181-SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: January 16, 2026<br>Time: 3:00 p.m.<br>Senior District Judge Susan Illston |

Plaintiff Natalie Delgado and Defendant Meta Platforms, Inc., by and through their respective counsel, respectfully submit this Joint Case Management Statement in advance of the Case Management Conference set for January 16, 2026.

### I. EXPERT DISCLOSURES AND RELATED MOTIONS AND DISCOVERY

On October 23, 2025, Plaintiff served Meta the 87-page expert report of Dr. Rita Singh. On November 7, 2025, Meta filed a motion to disqualify Dr. Singh. Dkt. 120. Plaintiff filed her opposition to Meta's motion on November 18, 2025 (Dkt. 123), and Meta filed its Reply on November 20, 2025. The Court issued its Order denying Meta's motion on November 21, 2025. Dkt. 132. On December 2, 2025, the parties submitted the Joint Proposed Third Amended Case Schedule (Dkt. 135), which the Court entered on December 4, 2025 (Dkt. 136). This is the operative case schedule. Pursuant to the Third Amended Case Schedule, Meta served a 227-page Rebuttal Expert Report of Dr. Patrick Traynor on December 5, 2025. The cutoff for expert discovery is January 30, 2026. Dkt. 136.

#### A. Expert Depositions

Meta has not yet taken Dr. Singh's deposition because it needed to wait until after the January 16 rebuttal report deadline for her deposition. Under the current schedule, Plaintiff agreed to Meta's proposal to take Dr. Singh's deposition prior to the deposition of Dr. Traynor. Dr. Singh's deposition is currently scheduled for January 26, 2026, and Dr. Traynor's deposition is currently scheduled for January 29, 2026.

#### B. Rebuttal Reports

Under the Joint Third Amended Case Schedule (Dkt. 136), the deadline for Plaintiff to serve any rebuttal expert report is January 16, 2026. Meta has asked Plaintiff if she intends to file a rebuttal report and if so, to identify what new issue(s) Meta's rebuttal report may raise that could not reasonably have been anticipated in Plaintiff's opening report. Plaintiff informed Meta on January 7 that she intends to serve a rebuttal report. Plaintiff intends to limit the issues in the rebuttal report to issues not reasonably anticipated in Dr. Singh's opening report. Plaintiff advised Meta on December 10, 2025 and on January 7, 2026 that she would not be previewing in advance of the January 16 rebuttal-report deadline specific issues that may be addressed in the rebuttal to avoid any risk of waiving or

undermining applicable privileges and work-product protections. Because it is not clear to Meta whether Plaintiff's forthcoming rebuttal report will be properly scoped, Meta cannot say at this juncture whether motion practice and/or postponement of Dr. Singh's deposition, currently scheduled for January 26, 2025, will be necessary. Plaintiff opposes any extension of current deadlines based on the issues raised by Meta discussed above.

## II.     SETTLEMENT AND ADR

The parties have scheduled a full-day mediation with Jill R. Sperber, Esq. of Judicate West to occur on April 27, 2026.

## III.    SCHEDULING

Aside from the deadlines noted above, the Court has set the following schedule governing discovery, summary judgment, and class certification (Dkt. No. 136):

| Event | Deadline |
| --- | --- |
| Deadline for Defendant to File Early Summary Judgment Motion | February 13, 2026 |
| Deadline for Plaintiff to Respond to Early Summary Judgment Motion | March 20, 2026 |
| Deadline for Defendant to File Reply in Support of Early Summary Judgment Motion | April 17, 2026 |
| Hearing on Early Summary Judgment Motion | May 15, 2026 |
| Plaintiff's Deadline to File: (1) Motion for Class Certification and (2) Expert Reports Related to Class Certification | June 12, 2026 |
| Defendant's Deadline to File: (1) Response to Plaintiff's Motion for Class Certification and (2) Expert Reports Related to Class Certification | July 17, 2026 |
| Plaintiff's Deadline to File: (1) Reply in Support of Class Certification and (2) Rebuttal Expert Reports Related to Class Certification | August 14, 2026 |
| Hearing on Motion for Class Certification | August 28, 2026 |

|   |   |
|---|---|
| Dated: January 9, 2026 | Respectfully submitted,<br>**LATHAM & WATKINS LLP**<br>By: /s/ Gary S. Feinerman<br>Gary S. Feinerman<br>*Attorneys for Meta Platforms, Inc.* |
| Dated: January 9, 2026 | **GOLDENBERG HELLER & ANTOGNOLI, P.C.**<br>By: /s/ Kevin P. Green<br>Kevin P. Green<br>*Attorneys for Plaintiff Natalie Delgado* |

### CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Kevin P. Green, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: January 9, 2026                         GOLDENBERG HELLER & ANTOGNOLI, P.C.

By: /s/ Kevin P. Green
Kevin P. Green