**FILED UNDER SEAL**

**ARIAS SANGUINETTI WANG & TEAM LLP**
Mike Arias (CSB #115385)
mike@aswtlawyers.com
Elise R. Sanguinetti (CSB #191389)
elise@aswtlawyers.com
Arnold C. Wang (CSB #204431)
arnold@aswtlawyers.com
Craig S. Momita (CSB #163347)
craig@aswtlawyers.com
M. Anthony Jenkins (CSB #171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
Thomas P. Rosenfeld (admitted *pro hac vice*)
tom@ghalaw.com
Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
Thomas C. Horscroft (admitted *pro hac vice*)
thorscroft@ghalaw.com
Daniel S. Levy (admitted *pro hac vice*)
daniel@ghalaw.com
2227 South State Route 157
Edwardsville, Illinois 62025
Telephone: (618) 656-5150

*Attorneys for Plaintiff Natalie Delgado*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-04181-SI |
| Plaintiff, | |
| v. | **DECLARATION OF RITA SINGH, PH.D.** |
| META PLATFORMS, INC., | |
| Defendant. | |

I, Rita Singh, Ph.D., declare as follows:

1.      I am a Research Professor at Carnegie Mellon University and Director of the Center for Voice Intelligence and Security. I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently thereto. My expert opinions are based on my education, training, experience, and review of the materials identified in my reports.

2.      I was retained by counsel for Plaintiff to provide expert opinions in this matter.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of my Expert Report dated October 23, 2025, which I prepared.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of my Expert Rebuttal Report dated January 16, 2026, which I prepared.

5.      I adopt and incorporate the opinions and analyses set forth in Exhibits 1 and 2 as though fully set forth herein.

6.      The opinions set forth in Exhibits 1 and 2 are my own and are stated to a reasonable degree of scientific and professional certainty.

7.       If called to testify in this matter, including at any evidentiary hearing or at trial, I could and would testify competently to the matters set forth in Exhibits 1 and 2 and would do so consistently with the opinions stated there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2026, at Pittsburgh, Pennsylvania.

_____
Rita Singh, Ph.D.

-1-
DECLARATION OF RITA SINGH, PH.D.