GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:     (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:     (213) 229-7396
Facsimile:     (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted *pro hac vice*)
SEAN BERKOWITZ (admitted *pro hac vice*)
KATHRYN K. GEORGE (admitted *pro hac vice*)
ROBERT C. COLLINS III (admitted *pro hac vice*)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com
katie.george@lw.com
robert.collins@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

ARIAS SANGUINETTI WANG & TEAM LLP
Mike Arias (CSB #115385)
mike@aswtlawyers.com
Elise R. Sanguinetti (CSB #191389)
elise@aswtlawyers.com
Arnold C. Wang (CSB #204431)
arnold@aswtlawyers.com
Craig S. Momita (CSB #163347)
craig@aswtlawyers.com
M. Anthony Jenkins (CSB #171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

GOLDENBERG HELLER & ANTOGNOLI, P.C.
Thomas P. Rosenfeld (admitted *pro hac vice*)
tom@ghalaw.com
Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
Thomas C. Horscroft (admitted *pro hac vice*)
thorscroft@ghalaw.com
Daniel S. Levy (admitted *pro hac vice*)
daniel@ghalaw.com
2227 South State Route 157
Edwardsville, Illinois 62025
Telephone: (618) 656-5150

*Attorneys for Plaintiff Natalie Delgado*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> META PLATFORMS, INC., <br><br> Defendant. | Case No. 3:23-cv-04181-SI <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT META PLATFORMS, INC. TO RESPOND TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER MATERIAL SHOULD BE SEALED** |

-1-

Pursuant to Fed. R. Civ. P. 29(b) and Civil Local Rule 6-2, Plaintiff Natalie Delgado ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their undersigned counsel, hereby stipulate and agree:

WHEREAS, on March 27, 2026, Plaintiff filed an Administrative Motion to Consider Whether Another Party's Material Should be Sealed Pursuant to Local Rule 79-5(f) in Connection with Plaintiff's Opposition to Defendant's Motion for Summary Judgment ("Administrative Motion to Seal").  Dkt. No. 158.

WHEREAS, pursuant to Local Rule 79-5(f), Meta's response to Plaintiff's Administrative Motion to Seal is currently due on April 3, 2026.

WHEREAS, given the volume of pleadings and exhibits for which sealing treatment is contemplated, the parties agree that Meta's deadline to respond to Plaintiff's Administrative Motion should be extended to April 10, 2026, subject to this Court's approval.

NOW, THEREFORE, the parties hereby stipulate and agree that, subject to this Court's approval, Defendant's deadline to respond to Plaintiff's Administrative Motion to Seal shall be extended to April 10, 2026.

Dated: April 2, 2026

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:    */s/ Kevin P. Green*
       Kevin P. Green

*Attorneys for Plaintiff Natalie Delgado*


Dated: April 2, 2026

**LATHAM & WATKINS LLP**

By:    */s/ Gary S. Feinerman*
       Gary S. Feinerman


*Attorneys for Meta Platforms, Inc.*

-2-

## <u>CIVIL L.R. 5-1(i)(3) ATTESTATION</u>

Pursuant to Civil Local Rule 5-1(i)(3), I, Gary Feinerman, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.


Dated: April 2, 2026                                      **LATHAM & WATKINS LLP**

By:      */s/ Gary S. Feinerman*
Gary S. Feinerman

-3-

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated   April 3, 2026   _____

Hon. Susan Illston
United States District Judge

-4-