GIBSON, DUNN & CRUTCHER LLP
CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    (213) 229-7396
Facsimile:    (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted *pro hac vice*)
SEAN BERKOWITZ (admitted *pro hac vice*)
KATHRYN K. GEORGE (admitted *pro hac vice*)
ROBERT C. COLLINS III (admitted *pro hac vice*)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com
katie.george@lw.com
robert.collins@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

ARIAS SANGUINETTI WANG & TEAM LLP
Mike Arias (CSB #115385)
mike@aswtlawyers.com
Elise R. Sanguinetti (CSB #191389)
elise@aswtlawyers.com
Arnold C. Wang (CSB #204431)
arnold@aswtlawyers.com
Craig S. Momita (CSB #163347)
craig@aswtlawyers.com
M. Anthony Jenkins (CSB #171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

GOLDENBERG HELLER & ANTOGNOLI, P.C.
Thomas P. Rosenfeld (admitted *pro hac vice*)
tom@ghalaw.com
Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
Thomas C. Horscroft (admitted *pro hac vice*)
thorscroft@ghalaw.com
Daniel S. Levy (admitted *pro hac vice*)
daniel@ghalaw.com
2227 South State Route 157
Edwardsville, Illinois 62025
Telephone: (618) 656-5150

*Attorneys for Plaintiff Natalie Delgado*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-04181-SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |

-1-

Pursuant to Fed. R. Civ. P. 29(b) and Civil Local Rule 6-2, Plaintiff Natalie Delgado ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court modify the current Class Certification briefing schedule, which the Court entered on January, 22, 2026 (Dkt. 145), to allow the parties to complete the discovery that they believe will be necessary for class certification, allow additional time for expert discovery related to class certification, and allow Meta time to evaluate procedural options and defense strategy in light of the Court's early summary judgment ruling (Dkt. 167).

In particular, as set forth below, the Parties respectfully request that the deadline for Plaintiff's class certification motion be extended by approximately a month and a half, and that the remaining briefing and hearing deadlines likewise be adjusted to accommodate the expert discovery that the Parties will be undertaking in parallel while the motion is briefed. In light of assertions made in discovery and summary judgment briefing, the Parties anticipate serving expert reports relating to class certification issues, which will require expert depositions and additional related work not previously anticipated when entering the prior schedule. The revised schedule will also allow Meta the time it needs to complete its forthcoming production of documents responsive to discovery requests that Plaintiff served on April 29, 2026, which, following the parties' meet and confer on June 2, 2026, it expects to substantially complete by the end of June 2026, and to fully consider its procedural options and defense strategy following the Court's summary judgment order.

The Parties respectfully submit that there is good cause for granting this relief. The proposed adjustments to the case schedule will cause no prejudice to Plaintiff or Meta, serve judicial economy by helping ensure that class certification is briefed on a materially complete record, allow Meta the time it needs to make its document production, allow Plaintiff and her expert sufficient time to review the documents, avoid the filing of supplements to motions or expert reports, provide sufficient time to coordinate schedules of the parties and expert witnesses for depositions, and avoid inefficiencies. The previous time extensions in this case are set forth in the prior Amended Case Schedules.  *See* Dkts. 63, 102, 136, 145.

-2-

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows, subject to the Court's approval:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Plaintiff's Deadline to File: (1) Motion for Class Certification and (2) Expert Reports Related to Class Certification | June 12, 2026 | July 31, 2026 |
| Defendant's Deadline to File: (1) Response to Plaintiff's Motion for Class Certification and (2) Expert Reports Related to Class Certification | July 17, 2026 | September 30, 2026 |
| Plaintiff's Deadline to File: (1) Reply in Support of Class Certification and (2) Rebuttal Expert Reports Related to Class Certification | August 14, 2026 | November 4, 2026 |
| Hearing on Motion for Class Certification | August 28, 2026 | November 20, 2026 |

Dated: June 5, 2026

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:    */s/ Kevin P. Green*
      Kevin P. Green

*Attorneys for Plaintiff Natalie Delgado*

Dated: June 5, 2026

**LATHAM & WATKINS LLP**

By:    */s/ Gary S. Feinerman*
      Gary S. Feinerman

*Attorneys for Meta Platforms, Inc.*

-3-

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Kevin P. Green, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 5, 2026

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:    */s/ Kevin P. Green*
        Kevin P. Green

-4-

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____

        Hon. Susan Illston
        United States District Judge