GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    (213) 229-7396
Facsimile:    (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted *pro hac vice*)
SEAN BERKOWITZ (admitted *pro hac vice*)
KATHRYN K. GEORGE (admitted *pro hac vice*)
ROBERT C. COLLINS III (admitted *pro hac vice*)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com
katie.george@lw.com
robert.collins@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

ARIAS SANGUINETTI WANG & TEAM LLP
Mike Arias (CSB #115385)
mike@aswtlawyers.com
Elise R. Sanguinetti (CSB #191389)
elise@aswtlawyers.com
Arnold C. Wang (CSB #204431)
arnold@aswtlawyers.com
Craig S. Momita (CSB #163347)
craig@aswtlawyers.com
M. Anthony Jenkins (CSB #171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

GOLDENBERG HELLER & ANTOGNOLI, P.C.
Thomas P. Rosenfeld (admitted *pro hac vice*)
tom@ghalaw.com
Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
Thomas C. Horscroft (admitted *pro hac vice*)
thorscroft@ghalaw.com
Daniel S. Levy (admitted *pro hac vice*)
daniel@ghalaw.com
2227 South State Route 157
Edwardsville, Illinois 62025
Telephone: (618) 656-5150

*Attorneys for Plaintiff Natalie Delgado*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 3:23-cv-04181-SI<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION BRIEFING SCHEDULE** |

-1-

Pursuant to Fed. R. Civ. P. 29(b) and Civil Local Rule 6-2, Plaintiff Natalie Delgado ("Plaintiff"), by and through her undersigned counsel, hereby respectfully requests that the Court modify the current Class Certification briefing schedule, which the Court entered on June 10, 2026 (Dkt. 170), in the interests of judicial economy given Meta's pending motion to certify the Court's summary judgment order for interlocutory appeal. Defendant Meta Platforms, Inc. ("Meta") does not oppose Plaintiff's request and is therefore willing to stipulate to the relief sought below provided that modifications to the ultimate class certification and expert disclosure schedule take into account multiple trial conflicts for Meta's counsel in late 2026.

On May 20, 2026, the Court entered its Order denying Meta's Motion for Summary Judgment. Dkt. 167 ("Order"). Currently, Plaintiff's Motion for Class Certification is due on July 31, 2026. Dkt. 170.

On June 16, 2026, Meta filed a motion seeking certification of the summary judgment order for interlocutory appeal (Dkt. 173, "Motion for Interlocutory Appeal"). Plaintiff opposes the Motion for Interlocutory Appeal. Plaintiff's response was filed on July 1, 2026 and Meta's reply is due July 8, 2026. The hearing date for the Motion for Interlocutory Appeal is July 31, 2026.

Plaintiff believes it is in the interest of judicial economy for the Court to address the issue of certification for interlocutory appeal prior to Plaintiff's filing of the class certification motion and expert disclosures, and respectfully requests an adjustment of the current schedule to accommodate the pending Motion for Interlocutory Appeal. Plaintiff therefore respectfully requests that the current deadlines for class certification briefing and expert disclosures be vacated, and that the Court direct the Parties to provide a revised proposed schedule within 7 days of the Court's order on the Motion for Interlocutory Appeal.

Plaintiff respectfully submits that there is good cause for granting this relief, which as noted above Meta does not oppose. The proposed adjustments to the case schedule will cause no prejudice and are in the interest of judicial economy given Meta's request for certification of the Order for interlocutory appeal. If the Motion for Interlocutory Appeal is granted, it could pause the case for Ninth Circuit review while class certification briefing and expert disclosures are

-2-

underway. That creates an asymmetry that the requested adjustment eliminates. If the Motion for Interlocutory Appeal is denied, a delay is non-prejudicial to either party.

The previous time extensions in this case are set forth in the prior Amended Case Schedules. *See* Dkts. 63, 102, 136, 145, 173.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows, subject to the Court's approval: The current Class Certification Briefing and Class Certification Expert Disclosure deadlines are vacated. The Parties will submit a proposed schedule for same within 7 days of Court's Order on Motion for Interlocutory Appeal.

Dated: July 10, 2026

**ARIAS SANGUINETTI WANG & TEAM LLP**

By:     */s/ M. Anthony Jenkins*
M. Anthony Jenkins

*Attorneys for Plaintiff Natalie Delgado*

Dated: July 10, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By:     */s/ Diana Feinstein*
Diana Feinstein

*Attorneys for Meta Platforms, Inc.*

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:23-CV-04181-SI

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, M. Anthony Jenkins, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 10, 2026                  **ARIAS SANGUINETTI WANG & TEAM LLP**

By:      */s/ M. Anthony Jenkins*
            M. Anthony Jenkins

-4-

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 13, 2026

_____
Hon. Susan Illston
United States District Judge