GIBSON, DUNN & CRUTCHER LLP
LAUREN R. GOLDMAN (admitted *pro hac vice*)
MICHAEL BRANDON (admitted *pro hac vice*)
200 Park Avenue
New York, NY 10166
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035
lgoldman@gibsondunn.com
mbrandon@gibsondunn.com

CHRISTOPHER CHORBA, SBN 216692
DIANA FEINSTEIN, SBN 302626
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:    (213) 229-7396
Facsimile:    (213) 229-6396
cchorba@gibsondunn.com
dfeinstein@gibsondunn.com

LATHAM & WATKINS LLP
GARY S. FEINERMAN (admitted *pro hac vice*)
SEAN BERKOWITZ (admitted *pro hac vice*)
KATHRYN K. GEORGE (admitted *pro hac vice*)
ROBERT C. COLLINS III (admitted *pro hac vice*)
330 N. Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
gary.feinerman@lw.com
sean.berkowitz@lw.com
katie.george@lw.com
robert.collins@lw.com

*Attorneys for Defendant Meta Platforms, Inc.*

ARIAS SANGUINETTI WANG & TEAM LLP
Mike Arias (CSB #115385)
mike@aswtlawyers.com
Elise R. Sanguinetti (CSB #191389)
elise@aswtlawyers.com
Arnold C. Wang (CSB #204431)
arnold@aswtlawyers.com
Craig S. Momita (CSB #163347)
craig@aswtlawyers.com
M. Anthony Jenkins (CSB #171958)
anthony@aswtlawyers.com
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: (310) 844-9696
Facsimile: (310) 861-0168

GOLDENBERG HELLER & ANTOGNOLI, P.C.
Thomas P. Rosenfeld (admitted *pro hac vice*)
tom@ghalaw.com
Kevin P. Green (admitted *pro hac vice*)
kevin@ghalaw.com
Thomas C. Horscroft (admitted *pro hac vice*)
thorscroft@ghalaw.com
Daniel S. Levy (admitted *pro hac vice*)
daniel@ghalaw.com
2227 South State Route 157
Edwardsville, Illinois 62025
Telephone: (618) 656-5150

*Attorneys for Plaintiff Natalie Delgado*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATALIE DELGADO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 3:23-cv-04181-SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CLASS CERTIFICATION BRIEFING AND CLASS CERTIFICATION EXPERT DISCLOSURE DEADLINES** |

-1-

Pursuant to the Court's Orders (Dkt. Nos. 184, 185), Plaintiff Natalie Delgado ("Plaintiff") and Defendant Meta Platforms, Inc. ("Meta"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court enter the following Class Certification briefing and Class Certification Expert disclosure schedule.

The deadlines set forth below are premised on Meta's ability to complete production of data in response to Plaintiff's Third Set of Requests for Production dated April 29, 2026, on or before August 17, 2026, which data Plaintiff's class certification expert expects to review and may utilize. Plaintiff has represented to Meta that it expects one additional expert witness disclosure. Meta is not in a position to say how many experts it will have until it sees the opening motion and expert report, but understands Plaintiff may require more time for a reply and/or rebuttal report if Meta discloses more than two expert witnesses. Accordingly, should these facts change, the parties may meet and confer and jointly request good faith modifications to the deadlines set forth below.

The parties further stipulate and respectfully request that the page limits for the class certification briefing be extended as follows: Motion/Response: 30 pages; Reply: 18 pages.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows, subject to the Court's approval:

| Event | Proposed Deadline |
|---|---|
| Plaintiff's Deadline to File: (1) Motion for Class Certification not to exceed 30 pages and (2) Expert Reports Related to Class Certification | August 21, 2026 |
| Defendant's Deadline to File: (1) Response to Plaintiff's Motion for Class Certification not to exceed 30 pages and (2) Expert Reports Related to Class Certification | *September 25, 2026* |
| Plaintiff's Deadline to File: (1) Reply in Support of Class Certification not to exceed 18 pages and (2) Rebuttal Expert Reports Related to Class Certification | *October 23, 2026* |
| Hearing on Motion for Class Certification | *November 20, 2026* |

-2-

Dated: July 30, 2026

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: */s/ Kevin P. Green*
   Kevin P. Green

*Attorneys for Plaintiff Natalie Delgado*

Dated: July 30, 2026

**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Diana Feinstein*
   Diana Feinstein

*Attorneys for Meta Platforms, Inc.*

-3-

### CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Kevin Green, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: July 30, 2026

**GOLDENBERG HELLER & ANTOGNOLI, P.C**

By:    */s/ Kevin P. Green*
        Kevin P. Green

-4-

## [PROPOSED] ORDER

PURSUANT TO STIPULATION *AS AMENDED BY THE COURT ABOVE*, IT IS SO ORDERED.

Dated: August 3, 2026

_____
Hon. Susan Illston
United States District Judge

-5-