UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIE DELGADO,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 23-cv-04181-SI<br><br>**ORDER RE: DISCOVERY DISPUTE (SECOND)**<br><br>Re: Dkt. No. 191 |

The parties have filed a joint discovery dispute statement. Dkt. No. 191. This is the second discovery dispute in this case. *See also* Dkt. No. 80. The Court hereby rules as follows.

Interrogatory No. 8: The Court DENIES Meta's request to compel plaintiff's full responses to this interrogatory seeking the substance of the release that plaintiff executed regarding Dr. Singh. Plaintiff's counsel clarifies that counsel received the release; Dr. Singh did not obtain it. This release is not of the type covered under Federal Rule of Civil Procedure 26(a)(2)(B) and it is further covered by the attorney-client privilege and work product doctrine.

Interrogatory No. 12: The Court DENIES Meta's request that plaintiff disclose the date she first received a draft of the complaint. If the point is that plaintiff sent numerous audio messages *after* she had seen a draft of the complaint, that would be a permissible question to pose to Ms. Delgado. However, under the circumstances here, the Court agrees with plaintiff that Meta's request for discovery into the date plaintiff received a draft of the complaint crosses the line into the substance of attorney-client communications and is therefore privileged.

**IT IS SO ORDERED**.

Dated: September 15, 2026

SUSAN ILLSTON
United States District Judge