United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NATALIE DELGADO,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 23-cv-04181-SI

**ORDER DENYING IN PART DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE BRIEFING AND HEARING**

Re: Dkt. No. 218

Plaintiff has moved to partially exclude the opinions of defendant's expert Dr. Patrick Traynor and has set the hearing on that motion for the same day as plaintiff's motion for class certification. *See* Dkt. No. 215. Now before the Court is defendant's administrative motion to change the time for briefing and hearing on the motion to exclude. Dkt. No. 218. Plaintiff opposes the administrative motion and urges that her motion to exclude should be heard at the same time as her motion for class certification. Dkt. No. 223.

The Court DENIES defendant's administrative motion to change the hearing time but GRANTS a short extension of the briefing deadlines. Defendant's opposition to the motion to exclude shall be due December 4, 2026. Plaintiff's reply shall be due December 11, 2026. The hearing on the motion remains on calendar for December 18, 2026.

**IT IS SO ORDERED**.

Dated: November 23, 2026

SUSAN ILLSTON
United States District Judge